Names Andrew Polt

Name
: 201 E. 19th Ave, Apt. D-210

Mailing address
Anchorage, AK 99501

City, State, Zip
* has no phone or E-mail

Telephone

RECEIVED

FEB 09 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

James Andrew Polt,

(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Municipality Of Anchorage,

_____,

_____,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:22-CV-00023-SLG

(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of James Andrew Polt,

(print your name)

who presently resides at 1281 E. 19th Ave. Apt. D-210 Anchorage, AK 99501,

(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, (Municipality of Anchorage/ ~~AMC Title 23 Fire Code~~) is a ~~citizen~~ municipality of
_____ (name)
ALaSKA _____, and ~~is employed as a~~ not Applicable _____ (defendant's government position/title)
~~Explanation~~ MOAS Title 23 Fire Code law causes Plaintiff alleged damages.

_____ This defendant **personally participated** in causing my injury, and I want **money damages.**
**OR**
✗ The **policy or custom** of this ~~officers~~ government ~~agency~~ AMC Title 23 fire Code laws violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                                (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                                (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

My name is James Andrew Polt, I live at 1291 E. 19th ave. apt. D-210, Anchorage, Ak 99501

✳ With this COMPLAINT, I James Andrew Polt, a U.S. Citizen born in Chicago, Illinois on 12-23-1965, Asserts my U.S. Citizen Right to be free from Government Tyranny and Oppression.
Thanks.

## CLAIM

Government function is Public Domain. No part of government works or laws can be copyrighted because of the fact that all government function is public domain and copyright is afforded only to private sources. Yet, In a form of Tyranny and Oppression. The Municipality Of Anchorage in its Anchorage Municipal Code Title 23 (Fire code) law, Municipality Of Anchorage removes part of that law from public domain status by inserting private source* copyrighted materials in it to "support" or "further" that AMC Title 23 (fire code) law, is the reason plaintiff Supposes Municipality of Anchorage is trying to achieve by inserting private copyrighted material into public Domain Government Law, and by doing so they go against the public Domain function of Government, I the plaintiff here so infers. The private source* copyright material that Municipality of Anchorage has inserted into its AMC Title 23 (fire code) law, dictates that certain types of fire Alarm Notification Appliances, G4LF Series, are to be used, and are used in plaintiff's apt. unit, per, Municipal fire Code Requirement as dictated by the private source copyrighted material in AMC Title 23 (fire Code). First of all, plaintiff alleges a Misapplication of the usage of the G4LF Series Appliances in plaintiff's Apt. unit. As the powerful G4LF Series fire Alarm Notification Appliances are made specifically to accomodate, The Elderly, The Inebrieated, and the Deaf. Plaintiff is none of the above, So there is a misuse of product there, plaintiff alleges. And Secondly plaintiff alleges the G4LF Series Appliances to possess a hazardous potentially deadly product flaw, with its full blast activation at the speed of around 10 millionths of a Second. The G4LF is a stereo speaker type appliance so 2 of them together going off a 10 millionths of a second

## CLAIM

continued.

creates a Surround Sound type effect that can cause any number of reactions in me upon activation, from raising my eyebrows, to one time it caused a Heart failure reaction, that could of been deadly to me., I the plaintiff here so alleges.

## DAMAGES

Plaintiff suffers from ongoing physical stress and anguish. And ongoing Mental stress and anguish, due to Municipality of Anchorage's Tyranny and Oppression as alleged in the claim.

## RELIEF

For Relief, if plaintiff I proves the allegations set forth above, the plaintiff ask the Court to please oversee a plan that will Stop Municipality of Anchorage's Tyranny and Oppression against I the plaintiff in concerns to the Misapplication use of and the Hazardous potentially deadly product flaw use of the powerful G4LF series fire alarm notification Appliances situated in plaintiffs apt. unit as described in the claim.

Thank you, your Honor & Court. for your considerations in these matters.

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List <b>only one</b> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✗__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____


## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____
   _Injunctive Relief to stop the alleged_
5. Other: _damaging actions stated in the claim_

Plaintiff demands a trial by jury. ____X____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

U.S. Courthouse
222 west 7th ave.
Executed at  Anchorage, AK  99501        on   2-9-22
                                    (Location)                                    (Date)

_____   / Self Represented plaintiff
        (Plaintiff's Original Signature)


_____   _____
   Original Signature of Attorney (if any)                    (Date)


_____
_____
_____
Attorney's Address and Telephone Number